IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02344-CMA-MJW

KELLY ROE,

Plaintiff(s),

v.

COMMISSIONER OF INTERNAL REVENUE,

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    For the reasons stated in the Response (Docket No. 8), it is hereby ORDERED that the Plaintiff's Motion to Compel Preparation of a Vaughn Index (Docket No. 2) is denied as premature.

Date: September 27, 2012