# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Magistrate Judge Michael J. Watanabe

**Civil Action No.**  12-cv-02344-CMA-MJW          FTR - Courtroom A-502

**Date:** November 01, 2012                        Courtroom Deputy, Ellen E. Miller

    <u>Parties</u>                                                <u>Counsel</u>

KELLY ROE,                                         *Pro Se*

    Plaintiff(s),

v.

COMMISSIONER OF INTERNAL REVENUE,                  Thomas J. Jaworski

    Defendant(s).

---

## COURTROOM MINUTES / MINUTE ORDER

**HEARING**:   TELEPHONIC STATUS CONFERENCE
**Court in Session:**   11:00 a.m.
Court calls case.  Appearances of *Pro Se* Plaintiff and defense counsel.

Discussion is held regarding Plaintiff's Amended Complaint for Injunctive Relief [Docket No. 16]. Defendant, through counsel, advises the Court it has no objection to the Court accepting the Amended Complaint.  Therefore,

**It is ORDERED:**   *Pro Se* Plaintiff's AMENDED COMPLAINT FOR INJUNCTIVE RELIEF [Docket No. **16**, filed October 30, 2012] is accepted for filing as of November 01, 2012 and is the operative pleading in this civil action.

**It is ORDERED:**   Defendant shall have up to and including **NOVEMBER 21, 2012** within which to file an Answer or otherwise respond to the Amended Complaint.

In light of the acceptance for filing of the Amended Complaint for Injunctive Relief, defendant makes an oral motion to withdraw its Partial Motion to Dismiss.  With no objections,

**It is ORDERED:**   Defendant's ORAL MOTION TO WITHDRAW its Partial Motion to Dismiss is GRANTED,   and
Defendant's PARTIAL MOTION TO DISMISS [Docket No. **13**, filed October 18, 2012] is WITHDRAWN.

**It is ORDERED:**   A **RULE 16(b) SCHEDULING   CONFERENCE**  is set **DECEMBER 17, 2012   at   10:30 a.m.**  (Mountain Time) in Courtroom A-502, Fifth floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294.

>Defendant shall electronically file the parties' joint proposed
>SCHEDULING ORDER **on or before DECEMBER 12, 2012.**

Plaintiff shall appear in person for the Scheduling Conference.  Defense counsel may appear by telephone by calling the Court chambers at (303) 844-2403 at the scheduled time.

Hearing concluded.
**Court in recess:**    11:11 a.m.
Total In-Court Time 00: 11

To order a transcript of this proceedings, contact  Avery Wood Reports    (303) 825-6119  or    Toll Free    1-800-962-3345.