**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 12-cv-02344-CMA-MJW

KELLY ROE,

        Plaintiff,

v.

INTERNAL REVENUE SERVICE,

        Defendant.

---

### DECLARATION OF KELLY ROE

---

    1.    I am competent to testify to the following based on my personal first-hand knowledge of the facts described herein.

    2.    On 23 July 2012, I called the phone number listed on defendant's Form 13873-1 responses ((559) 456-5894) and left a message requesting a call back to discuss the issue causing the erroneous rejections of my transcript requests.

    3.    I never received a call back from defendant.

    4.    I provided a copy of this audio recording to defendant's attorney, Thomas J. Jaworski, via email on 30 January 2013.

## **AFFIRMATION**

In witness, whereof, knowing the law of bearing false witness before God and men as well as under penalties of perjury, I solemnly affirm that I have examined the forgoing, and to the best of my knowledge and belief, it is true, correct, and complete.

Dated this 1st day of March 2013.


/s/ Kelly Roe
Kelly Roe

PO Box 1168
Berthoud, Colorado 80513
(970) 532-1305