IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02344-CMA-MJW

KELLY ROE,

Plaintiff(s),

v.

INTERNAL REVENUE SERVICE,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that the Plaintiff's Motion to Exclude Evidence, to Strike All References Thereto Offered in Support of Defendant's Omnibus Cross-Motion for Partial Summary Judgment and Motion to Dismiss, and In Limine (Docket No. 52) is denied substantially for the reasons set forth in the defendant's response (Docket No. 55).

Date: December 16, 2013