IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Christine M. Arguello**

Civil Action No. 12-cv-02344-CMA-MJW

KELLY ROE,

    Plaintiff,

v.

COMMISSIONER OF INTERNAL REVENUE SERVICE,

    Defendant.

## ORDER TO STAY PROCEEDINGS

Upon consideration of Defendant's Motion to Stay the January 13, 2014 Trial Date, the January 13, 2014 Trial Preparation Conference, and All Pre-Trial Deadlines (Doc. # 66), it is hereby ORDERED that Defendant's motion is GRANTED. It is

FURTHER ORDERED that the January 13, 2014 Final Trial Preparation Conference, the January 21, 2014 one-day Jury Trial are VACATED, and all related pre-trial deadlines are hereby stayed until further order of this Court.

    DATED: January __06__, 2014

                                    BY THE COURT:

                                    _____
                                    CHRISTINE M. ARGUELLO
                                    United States District Judge